IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY R. FROEMEL,

                         Plaintiff,

    v.                                                       OPINION and ORDER

JUDGE JOHN YACKEL and                                   23-cv-857-jdp
D.A. BRUCE POQUETTE,

                        Defendants.

---

     I dismissed plaintiff Jeffrey R. Froemel's complaint because he sued defendants who are immune for their actions alleged in the complaint and because his allegations otherwise didn't state claims for relief. I told Froemel that if he failed to respond with an amended complaint by January 31, 2024, I would dismiss this case with prejudice and direct the clerk of court to record a "strike" under 28 U.S.C. § 1915(g). *See Paul v. Marberry*, 658 F.3d 702, 704–06 (7th Cir. 2011) (court should give strike for failure to correct pleading that violates Federal Rule of Civil Procedure 8). Froemel has not responded with an amended complaint. Accordingly, this case will be dismissed.

ORDER

    IT IS ORDERED that:

1. This case is DISMISSED for plaintiff's failure to state a claim upon which relief may be granted.

2. The clerk of court is directed to enter judgment in favor of defendants and close this case.

3. A strike will be recorded under 28 U.S.C. § 1915(g).

Entered February 20, 2024.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge
